USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS SUMLIN, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

PURPLE HAZE, INC.,

                Defendant.

---

24-CV-06373 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On August 23, 2024, Plaintiff filed the Complaint in this action. Dkt. No. 1. On August 26, 2024, the Court stayed Defendant's time to answer or otherwise respond to the complaint, pending the submission of a joint letter regarding the parties' settlement efforts. Dkt. No. 6. On November 16, 2024, Defendant was served with the Complaint. Dkt. No. 8. To date, Defendant has not appeared in this action, and the parties have not filed a joint letter pursuant to the August 26 Order.

      Accordingly, it is hereby ORDERED that the stay of Defendant's time to answer the Complaint is LIFTED, and the directives of the August 26 Order are DISCHARGED. It is hereby ORDERED that Defendant shall answer, move, or otherwise respond to the Complaint, no later than **March 7, 2025**, or else risk default. Should Defendant fail to appear and respond to the Complaint, Plaintiff may move for default judgment by no later than **March 21, 2025**.

      Counsel for Plaintiff shall serve Defendant with a copy of this Order, no later than **February 12, 2025**, and file proof of service no later than **February 14, 2025**.

Dated: February 7, 2025
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge