```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS SUMLIN, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

-against-

PURPLE HAZE, INC.,

       Defendant.

24-CV-06373 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

 The Court having been advised that the parties have reached a settlement in principle on all claims, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

 To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

 If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

 Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

Dated: March 21, 2025
   New York, New York

                 SO ORDERED.

                 MARGARET M. GARNETT
                 United States District Judge